IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LEONARD ELLIS SPARKS,                                                         PLAINTIFF

v.                              3:24CV00053-DPM-JTK

CROSS COUNTY JAIL, et al.                                    DEFENDANTS

**ORDER**

Having reviewed Leonard Ellis Sparks's ("Plaintiff")Amended Complaint (Doc. No. 5) for screening purposes,[1] the Court concludes service of Plaintiff's deliberate indifference to serious medical needs claims against Defendants Arleen Clements, Camaron Rogers, and Officer Matt is appropriate.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summonses for Defendants Arleen Clements, Camaron Rogers, and Officer Matt. The United States Marshal shall serve a copy of Plaintiff's Amended Complaint (Doc. No. 5), Summons, and this Order on each of these Defendants without prepayment of fees and costs or security therefore. Service should be attempted through the Cross County Sheriff's Office, 1600 South Falls Boulevard, Wynne, Arkansas 72396.

Dated this 9th day of May, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).