IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LEONARD ELLIS SPARKS                                                    PLAINTIFF

v.                               No. 3:24-cv-53-DPM-JTK

CROSS COUNTY JAIL; ARLEEN
CLEMENTS, Supervisor, Cross County
Jail; CAM, C. O., Cross County Jail;
MATT, Detention Officer, Cross County
Detention Center; CHRIS, Detention
Officer, Cross County Detention Center;
CAMARON ROGERS, Head Jailer, Cross
County Detention Center; MATT (TEX),
Jailer, Cross County Detention Center;
and ALLEN, Detention Officer, Cross
County Detention Center                                                 DEFENDANTS

ORDER

Unopposed recommendation, *Doc. 7*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Sparks's deliberate indifference claims against Arleen Clements,* Camaron Rogers,** and

---

\* The original complaint names Arleen Clements and the amended complaint names Arleen Clement. The Court will refer to this defendant as Clements for now.

\*\* The original complaint names Officer Cam and the amended complaint names Camaron Rogers. Sparks doesn't name Officer Cam as a defendant in the amended complaint. On the off chance that

Officer Matt in their personal capacities go forward. All other claims are dismissed without prejudice. The Court directs the Clerk to terminate Cross County Jail, Officer Cam, Officer Allen, Officer Chris, and Jailer Matt (Tex) as parties in this case. Any *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 June 2024

---

Officer Cam is a different person than Camaron Rogers, Sparks has dropped his claim against him.