# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

LEONARD ELLIS SPARKS,                                                                          PLAINTIFF

v.                                          3:24CV00053-DPM-JTK

CROSS COUNTY JAIL, et al.                                                                     DEFENDANTS

## ORDER

Defendants Arlene Clements, Cameron Rogers, and Matt Neurauter, through counsel, filed an Answer to Plaintiff's Complaint and supplied their full and correct names. (Doc. No. 12). The Clerk of the Court is directed to change the style of the case to reflect the full and correct names of all Defendants.

IT IS SO ORDERED this 20th day of June, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE