IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LEONARD ELLIS SPARKS**                                        PLAINTIFF

v.                              No. 3:24-cv-53-DPM-JTK

**ARLEEN CLEMENTS**, Supervisor, Cross
County Jail; **CAMARON ROGERS**, Head
Jailer, Cross County Detention Center;
and **MATT NEURAUTER**, Detention
Officer, Cross County Detention Center               DEFENDANTS

### ORDER

Unopposed recommendation, *Doc. 34*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, *Doc. 27*, denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 October 2024