# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

LEONARD ELLIS SPARKS,                                                                                          PLAINTIFF

v.                                            3:24CV00053-DPM-JTK

CROSS COUNTY JAIL, et al.                                           DEFENDANTS

## ORDER

Defendants Cameron Rogers, Matt Neurauter, and Arlene Clements (collectively, "Defendants") seek dismissal of this action or, in the alternative, additional time in which to file a dispositive motion. (Doc. No. 39). Mail sent by the Court to Leonard Ellis Sparks ("Plaintiff") at his address of record has been returned as undeliverable. (Doc. No. 38). On January 13, 2025, the Court directed Plaintiff to update his address of record within 30 days, or by February 12, 2025. (Doc. No. 41). Defendants ask that this case be dismissed based on Plaintiff's failure to comply with Local Rule 5.5(c)(2), or that the January 16, 2025 dispositive motions deadline be extended until after those 30 days have passed. (Doc. No. 39). Defendants' Motion (Doc. No. 39) is GRANTED to the extent that the Court will extend the dispositive motion deadline. Accordingly, the dispositive motion deadline for all parties is extended until March 15, 2025. Because the Court granted the Defendants' request for extension, the request of alternative relief will not be addressed.

IT IS SO ORDERED this 22nd day of January, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE