IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LEONARD ELLIS SPARKS,                                              PLAINTIFF

v.                                3:24CV00053-DPM-JTK

CROSS COUNTY JAIL, et al.                                         DEFENDANTS

## ORDER

Attorney JaNan Arold Thomas entered her appearance on behalf of Defendants on August 16, 2024. (Doc. No. 30). On September 25, 2024, Wesley N. Manus entered an appearance on behalf of Defendants and was acting as lead counsel. (Doc. No. 36). Effective January 22, 2025, Wesley N. Manus left the firm and responsibility for this case was relegated back to JaNan Arnold Davis. (Doc. No. 43). As such, Defendants' Motion to relieve Wesley N. Manus as counsel of record (Doc. No. 43) is GRANTED.

IT IS SO ORDERED this 3rd day of February, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE