IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LEONARD ELLIS SPARKS**                                     PLAINTIFF

v.                              No. 3:24-cv-53-DPM

**ARLENE CLEMENTS**, Supervisor, Cross
County Jail; **CAMERON ROGERS**, Head
Jailer, Cross County Detention Center;
and **MATT NEURATER**, Detention Center
Officer, Cross County Detention Center     DEFENDANTS

ORDER

The Court withdraws the reference. Sparks hasn't updated his address; and the time to do so has passed. *Doc. 41.* His mail is still being returned as undeliverable. *Docs. 45, 46.* Sparks's complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 February 2025