IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LEONARD ELLIS SPARKS**                                          PLAINTIFF

v.                         No. 3:24-cv-53-DPM

**CROSS COUNTY JAIL; ARLENE
CLEMENTS**, Supervisor, Cross
County Jail; **DOES**, Cam, C.O. Cross
County Jail; Matt, C.O. Cross County
Jail; and Chris, Officer, Cross County
Detention Center; **CAMERON ROGERS**,
Head Jailer, Cross County Detention
Center; **ALLEN**, Officer, Cross County
Detention Center; and **MATT
NEURATER**, Detention Center Officer,
Cross County Detention Center                                    DEFENDANTS

## JUDGMENT

Sparks's complaint is dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 February 2025